AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

## Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 1:20MJ104 | 07/31/2020 11:35 am | Ashley Ball |

Inventory made in the presence of :
N/A

Inventory of the property taken and name of any person(s) seized:

Nothing Seized

***Re: Certification below:  Original Warrant at VAWD Clerk's Office in Abingdon, VA***

## Certification

   I declare under penalty of perjury that this inventory is correct and was returned ~~along with the original warrant~~ to the designated judge.

Date:       08/21/2020                                                            /s/Brian Snedeker
                                                                          *Executing officer's signature*

                                                                          Brian Snedeker, Special Agent
                                                                          *Printed name and title*

Returned to me this 24th day of August, 2020. Pamela Meade Sargent USMJ